# 24882

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| STELLA KOZYRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| -v- | ) | |
| | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AT LAW

NOW COMES Plaintiff STELLA KOZYRA, by her attorneys Marszalek & Marszalek and Law Office of Philip J. Farina, and complaining of Defendant DOLLAR TREE STORES, INC. (hereinafter "DOLLAR TREE"), states as follows:

1. On or about April 10, 2015 and at all times relevant to this Complaint, Defendant DOLLAR TREE operated a business at or near 3620 East 118th Street in Chicago, Illinois that, *inter alia*, sold merchandise to members of the general public and provided its customers with free plastic hand carts to carry merchandise within the store.

2. On or about April 10, 2015 and at all times relevant to this Complaint, it was the duty of Defendant DOLLAR TREE to exercise reasonable care and caution in operating its business and maintaining the premises at or near 3620 East 118th Street in Chicago, Illinois for the safety of its customers who entered the premises for the purpose of purchasing merchandise.



3. On or about April 10, 2015, Plaintiff STELLA KOZYRA was lawfully on the business premises of Defendant DOLLAR TREE as a customer at Defendant's place of business at or near 3620 East 118th Street in Chicago, Illinois for the purpose of purchasing merchandise.

4. On or about April 10, 2015 and at all times relevant to this Complaint, Defendant DOLLAR TREE breached its duty to exercise reasonable care in one or more of the following ways:

  a. Failed to adequately and safely maintain the floor in the area of the store where hand carts were kept; and

  b. Failed to provide Plaintiff with a safe place to walk while she shopped in or near the area where hand carts were kept; and

  c. Failed to remove a hand cart from the floor after having actual knowledge that the hand cart was laying on the floor in the area of the store where hand carts were kept; and

  d. Dropped a hand cart on the floor and failed to pick it up.

5. As a direct and proximate result of one or more of the negligent acts or omissions mentioned in Paragraph 4, Plaintiff STELLA KOZYRA tripped on a hand cart that was on the floor while she was walking in the area in or near where the hand carts were kept sustaining serious and permanent personal injuries including but not limited to fractured ribs, a compression fracture at T-12, a concussion and pneumonia. According, Plaintiff has incurred great expense for necessary medical care, which will continue in the future; Plaintiff has experienced extreme pain and suffering, which will continue in the future; and Plaintiff has lost her enjoyment of life and has become disabled to an extent as yet to be determined.

Wherefore, Plaintiff STELLA KOZYRA prays for judgment against Defendant DOLLAR TREE STORES, INC. for an amount in excess of Thirty Thousand Dollars

($30,000.00), plus costs.

                                                                   _/s/ J. E. Marszalek_
                                                                  One of Plaintiff's Attorneys

| | |
|---|---|
| John E. Marszalek | Philip J. Farina |
| Marszalek & Marszalek | Law Office of Philip J. Farina |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| 221 N. La Salle Street, Suite 400 | 221 N. La Salle Street, Suite 400 |
| Chicago, IL 60601 | Chicago, IL 60601 |
| (312) 456-1700 | (312) 782-3678 |
| # 24882 | |

# 24882

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STELLA KOZYRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| -v- ) | |
| ) | |
| DOLLAR TREE STORES, INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

NOW COMES Plaintiff STELLA KOZYRA, and first being duly sworn on oath states as follows:

1. I am the plaintiff in this case.

2. The amount of damages I am seeking exceeds Thirty Thousand Dollars ($30,000.00).

x _____
Stella Kozyra

John E. Marszalek
Marszalek & Marszalek
Attorneys for Plaintiff
221 N. La Salle Street, Suite 400
Chicago, IL 60601
(312) 456-1700
# 24882

SEP 01 2015